## Ernest Stocco, Appellee, v. William J. Buttenbender, Appellant.

### Gen. No. 46,548. (Abstract of Decision.)

First District, Second Division.

June 28, 1955.

Released for publication September 13, 1955.

Crowe, Yates, Abrahamson & Fisk, for appellant; Burt A. Crowe, of counsel; Joseph Barbera, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.